**CT Corporation**

**Service of Process Transmittal**
11/06/2009
CT Log Number 515689507

**TO:**   Hattie Booth
Allstate Insurance Company
2775 Sanders Road, Corp Litigation --A6
Northbrook, IL 60062-6127

**RE:**   **Process Served in Nevada**

**FOR:**   ALLSTATE INSURANCE COMPANY (Domestic State: IL)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | S.J. Caciacoupachei, etc., et al., Pltfs. vs. Allstate Insurance Co., etc., et al., Dfts. *Name discrepancy noted.* |
| **DOCUMENT(S) SERVED:** | Letters, Proof of Service, Summons, Complaint |
| **COURT/AGENCY:** | District Court of Clark County, NV
Case # A-09-602530-C |
| **NATURE OF ACTION:** | Property Damage Litigation - Seeks damages in excess of $50,000 for fire damage to property at 3405 West Robindale Road, Las Vegas, NV |
| **ON WHOM PROCESS WAS SERVED:** | The Corporation Trust Company of Nevada, Reno, NV |
| **DATE AND HOUR OF SERVICE:** | By Certified Mail on 11/06/2009 postmarked on 11/04/2009 |
| **APPEARANCE OR ANSWER DUE:** | Within 20 days, exclusive of day of service |
| **ATTORNEY(S) / SENDER(S):** | Marquis & Aurbach
10001 Park Run Drive
Las Vegas, NV 89145
702-382-0711 |
| **REMARKS:** | Process served/received by Commissioner of Insurance and forwarded to CT Corporation System on November 4, 2009 |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 11/06/2009, Expected Purge Date: 11/11/2009
Image SOP
Email Notification, Patti Cummings pgarq@allstate.com
Email Notification, Hattie Booth HBOOTH@ALLSTATE.COM
Email Notification, Bill Boodro wboodro@allstate.com |
| **SIGNED:**
**ADDRESS:** | The Corporation Trust Company of Nevada
6100 Neil Road
Suite 500
Reno, NV 89511 |
| **TELEPHONE:** | 775-688-3061 |

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.

JIM GIBBONS
*Governor*

DIANNE CORNWALL
*Director*

STATE OF NEVADA

SCOTT J. KIPPER
*Commissioner of Insurance*

PAMELA A. MACKAY
*Deputy Commissioner*



## DEPARTMENT OF BUSINESS AND INDUSTRY
## DIVISION OF INSURANCE
**2501 E. Sahara Avenue, No. 302**
**Las Vegas, Nevada   89104**
**(702) 486-4009   •   Fax (702) 486-4007**
E-mail: insinfo@doi.state.nv.us

November 4, 2009

**CERTIFIED MAIL**
**RETURN RECEIPT REQUESTED**
# 7008 1830 0003 5449 4327

ALLSTATE INSURANCE COMPANY
C/O CORPORATION TRUST CO. OF NEV.
SUITE 500
6100 NEIL ROAD
RENO, NV  89511X

Re:     Case No.      **A602530**
        Case Name:   **S.J. Caciacoupachei v. Allstate Ins. Co.**

Dear Agent:

The enclosed Summons and Complaint in the matter referenced above, were delivered to the office of the Commissioner of Insurance, on November 2, 2009, in accordance with NRS 680A.260.  To complete service of process, we are forthwith mailing by certified mail one of the copies of such process to you, the person designated by the insurer to receive such.

Also enclosed herein is a true and correct copy of the Proof of Service in this matter dated November 4, 2009, and a copy of our letter to Plaintiff's counsel, dated November 4, 2009.

You have 30 days from the date of this service to respond.

If you have any questions regarding this service, please do not hesitate to contact us.

Cordially yours,
SCOTT J. KIPPER
Commissioner of Insurance

Marilyn Brasfield
Service of Process Clerk
Telephone: 702.486.4060
Email: mbrasfield@doi.state.nv.us
Enclosures

(NSPO Rev. 1-09)

L 235

JIM GIBBONS
*Governor*

DIANNE CORNWALL
*Director*

STATE OF NEVADA



SCOTT J. KIPPER
*Commissioner of Insurance*

PAMELA A. MACKAY
*Deputy Commissioner*

## DEPARTMENT OF BUSINESS AND INDUSTRY
## DIVISION OF INSURANCE
### 2501 E. Sahara Avenue, No. 302
### Las Vegas, Nevada   89104
### (702) 486-4009   •   Fax (702) 486-4007
E-mail: insinfo@doi.state.nv.us

November 4, 2009

TERRY A. COFFING, ESQ.
MARQUIS & AURBACH
10001 PARK RUN DRIVE
LAS VEGAS, NV  89145

Re:     Case No.      **A602530**
        Case Name:    <u>**S.J. Caciacoupachei v. Allstate Ins. Co.**</u>

Dear Mr. Coffing:

On November 2, 2009, the Summons and Complaint in the matter referenced above were delivered to the office of the Commissioner of Insurance.

To complete service of process, we have forthwith mailed by certified mail one copy of such documents in the matter referenced above to the entity currently designated by the insurer to receive such process. We are forwarding to you by first class mail the following:

1.      A receipt in the amount of $30.00.
2.      A copy of our letter to the insurance company, dated November 4, 2009.
3.      The original Proof of Service, dated November 4, 2009, and served upon **ALLSTATE INSURANCE COMPANY.**

Please be aware that all documents after initial Service of Process may be served directly to the party. See NRS 680A.260, 685A.200 and 685B.050.

If you have any questions regarding this service, please contact us.

Cordially yours,
SCOTT J. KIPPER
Commissioner of Insurance

Marilyn Brasfield
Service of Process Clerk
Telephone: 702.486.4060
Email: mbrasfield@doi.state.nv.us
Enclosures

1   **SUMM**
    **Marquis & Aurbach**
2   TERRY A. COFFING, ESQ.
    Nevada Bar No. 4949
3   CRAIG F. ROBINSON, ESQ.
    Nevada Bar No. 10205
4   10001 Park Run Drive
    Las Vegas, Nevada 89145
5   (702) 382-0711
    tcoffing@marquisaurbach.com
6   crobinson@marquisaurbach.com
       Attorneys for Plaintiff
7



NOV - 2 2009

DIVISION OF INSURANCE
STATE OF NEVADA

8                          **DISTRICT COURT**

9                     **CLARK COUNTY, NEVADA**

10  S.J. CACIACOUPACHEI, an individual also
    known as K.C. CACCIACOURACHEIRE,          Case No: A-09-602530-c
11
                                              Dept. No.: VI
12                         Plaintiff,

13

14      vs.

15  ALLSTATE INSURANCE CO., an insurance
    company; ROE ENTITIES I through X,
16  inclusive; and DOES I through X, inclusive,

17
                           Defendants.
18

19                           **SUMMONS**

20      **NOTICE! YOU HAVE BEEN SUED.  THE COURT MAY DECIDE AGAINST
    YOU WITHOUT YOUR BEING HEARD UNLESS YOU RESPOND WITHIN 20 DAYS.**
21  **READ THE INFORMATION BELOW.**

22      **TO THE DEFENDANT:**  A civil Complaint has been filed by the Plaintiff against you

23  for the relief set forth in the Complaint.

24                     **ALLSTATE INSURANCE CO.**

25      1.      If you intend to defend this lawsuit, within 20 days after this Summons is served

26  on you exclusive of the day of service, you must do the following:

27      2.      File with the Clerk of this Court, whose address is shown below, a formal written

28

                            Page 1 of 2

MARQUIS & AURBACH
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

1   response to the Complaint in accordance with the rules of the Court.

2        3.    Serve a copy of your response upon the attorney whose name and address is

3   shown below.

4        4.    Unless you respond, your default will be entered upon application of the Plaintiff

5   and this Court may enter a judgment against you for the relief demanded in the Complaint, which

6   could result in the taking of money or property or other relief requested in the Complaint.

7        5.    If you intend to seek the advice of an attorney in this matter, you should do so

8   promptly so that your response may be filed on time.

9                     CLERK OF COURT

10

11                    TONI AYALA

12                  By: _____

                  DEPUTY CLERK        Date

13                    County Courthouse

                  200 Lewis Avenue

14                    Las Vegas, Nevada 89101

15  Issued at the direction of:

16  MARQUIS & AURBACH

17

18  By _____

19      Terry A. Coffing, Esq.

    Nevada Bar No. 4949

20      Craig F. Robinson, Esq.

    Nevada Bar No. 10205

21      10001 Park Run Drive

    Las Vegas, Nevada  89145

22

23

24

25

26

27

28

**MARQUIS & AURBACH**
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

M&A:11279-001 912657_1.DOC 10/27/2009 12:03 PM

**PROOF OF SERVICE**

I hereby declare that on this day I served a copy of the Summons and Complaint upon defendant **ALLSTATE INSURANCE COMPANY** in the within entitled matter, by mailing a copy thereof, properly addressed with postage prepaid, certified mail, return receipt requested, to the following:

>   **C/O CORPORATION TRUST CO. OF NEV.**
>   **SUITE 500**
>   **6100 NEIL ROAD**
>   **RENO, NV  89511**

I declare, under penalty of perjury, that the foregoing is true and correct.

**DATED** this 4th day of November, 2009.

>   *Marilyn Brasfield*
>   MARILYN BRASFIELD
>   Employee of the State of Nevada
>   Department of Business and Industry
>   Division of Insurance

Court: Eighth Judicial District Court, Clark County, Nevada
Case Name:  S.J. Caciacoupachei v. Allstate Ins. Co.
Case No. A602530
Certified Receipt No. 7008 1830 0003 5449 4327

-1-

1 | **COMP**
**Marquis & Aurbach**
2 | TERRY A. COFFING, ESQ.
Nevada Bar No. 4949
3 | CRAIG F. ROBINSON, ESQ.
Nevada Bar No. 10205
4 | 10001 Park Run Drive
Las Vegas, Nevada 89145
5 | (702) 382-0711
tcoffing@marquisaurbach.com
6 | crobinson@marquisaurbach.com
Attorneys for Plaintiff

**FILED**

**OCT 2 7 2009**

CLERK OF COURT

7

8 | **DISTRICT COURT**

9 | **CLARK COUNTY, NEVADA**

10 | S.J. CACIACOUPACHEI, an individual also
known as K.C. CACCIACOURACHEIRE,

11 | Case No. A-09-602530-c

12 | Plaintiff, | Dept. No.: V1

13

14 | vs.



15 | ALLSTATE INSURANCE CO., an insurance
company; ROE ENTITIES I through X,
16 | inclusive; and DOES I through X, inclusive,

RECEIVED
NOV - 2 2009
DIVISION OF INSURANCE
STATE OF NEVADA

17

18 | Defendants.

19 | **COMPLAINT**

20 | Plaintiff, S.J. Caciacoupachei (also known as K.C. Cacciacouracheire) by and through his

21 | attorneys of record, the law firm of Marquis & Aurbach, alleges and complains as follows:

22 | 1. Plaintiff is and was at all relevant times herein, a resident of Clark County,

23 | Nevada.

24 | 2. Defendant Allstate Insurance Co. ("Allstate") is a foreign business entity, doing

25 | substantial business in the State of Nevada as an insurance carrier. .

26 | 3. The true names or capacities, whether individual, corporate, associate or

27 | otherwise, of the Defendants named herein as DOES I through X, inclusive, and ROE ENTITIES

28 | I through X, inclusive, are unknown to Plaintiff who, therefore, sues said Defendants by such

Page 1 of 11

M&A:11279-001 908926_1 10/26/2009 5:09 PM

*MARQUIS & AURBACH*
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

1    fictitious names. Plaintiff alleges that each Defendant designated herein as a DOE or ROE

2    ENTITY is negligently, willfully, contractually, intentionally, or otherwise legally responsible

3    for the events and happenings herein referred to and proximately caused injury and damage

4    thereby to the Plaintiff as herein alleged. Plaintiff shall ask leave of this Court to amend the

5    Complaint to insert the true names and capacities of each Defendant named as DOE and/or ROE

6    ENTITY, when the same has been ascertained, and will further seek leave to join said

7    Defendants in these proceedings.

8                                    **GENERAL ALLEGATIONS**

9            4.     On or about November 24, 1999, Plaintiff purchased a 2,516 gross square foot

10    one story single family residence on approximately 0.5 acres, located at 3405 West Robindale

11    Rd., Las Vegas, Nevada 89139 (APN 177-08-302-004), for approximately $200,000 (hereinafter

12    the "Property").

13            **THE ALLSTATE "DELUXE HOMEOWNERS" POLICY OF INSURANCE**

14            5.     On or about November 24, 2005, Plaintiff procured a "Deluxe Homeowners"

15    policy of insurance, Policy No. 0-38-594011 11/24, from Defendant Allstate, with a policy

16    premium period commencing on November 24, 2005, and ending on November 24, 2006, at

17    12:01 a.m. standard time (hereinafter the "Allstate Policy").

18            6.     Pursuant to the Allstate Policy, Allstate agreed to insure the Property.

19            7.     The Allstate Policy Declarations state that Allstate is providing "Dwelling

20    Protection – with Building Structure Reimbursement Extended Limits" insurance coverage for

21    the Property, with a $223,011 limit of liability.

22            8.     The Allstate Policy Declarations state that Allstate is providing "Other Structures

23    Protection" insurance coverage for the Property, with a $22,301 limit of liability.

24            9.     The Allstate Policy Declarations state that Allstate is providing "Personal

25    Property Protection – Reimbursement Provision" insurance coverage, with a $156,108 limit of

26    liability.

27            10.    The Allstate Policy Declarations state that Allstate is providing "Additional

28    Living Expenses" insurance coverage for up to twelve months.

M&A:11279-001 908926_1 10/26/2009 5:09 PM

MARQUIS & AURBACH
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

11.   Pursuant to the Allstate Policy, Allstate "agree[d] to provide the coverages indicated on the [Allstate] Policy Declarations."

12.   Pursuant to the Allstate Policy, Allstate further agreed to insure the Plaintiff against loss resulting from the unauthorized usage of any credit card or bank fund transfer card issued to or registered in Plaintiff's name.

13.   Pursuant to the Allstate Policy, Allstate further agreed to insure the Plaintiff against loss resulting from forgery or alteration of a check or negotiable instrument made or drawn upon Plaintiff's account(s).

14.   Pursuant to the Allstate Policy – Standard Fire Policy Provisions, Allstate agreed to insure the Plaintiff "to the extent of the actual cash value of the Property at the time of loss, but not exceeding the amount which it would cost to repair or replace the Property . . . against all DIRECT LOSS BY FIRE . . ."

## THE FIRE & RESULTING DAMAGES

15.   In or about July 2006, Plaintiff was incarcerated.

16.   Prior to or at the time of incarceration, Plaintiff made arrangements to ensure that any and all bills or other payments related to the Property would be timely paid. Plaintiff further elicited the help of a friend to watch over and maintain the Property as needed, until such time as Plaintiff was released.

17.   On or about November 1, 2006, the Property was destroyed as the result of a catastrophic fire (hereinafter the "Fire").

18.   At the time of the Fire, Plaintiff remained incarcerated.

19.   After investigation, the Clark County Fire Department concluded "that the [cause of the] fire will remain undetermined at this time," that "[d]ue to the amount of destruction we are unable to determine the area of origin or the ignition source," and that "[t]his investigation shall remain open until further information is presented or until the statute of limitations has expired."

20.   Upon information and belief, unknown third parties entered into the Property after the Fire and stole various documents containing Plaintiff's personal information.

Page 3 of 11

M&A:11279-001 908926_1 10/26/2009 5:09 PM

MARQUIS & AURBACH
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

Proof of SERVC

1  **SUMM**
**Marquis & Aurbach**
2  TERRY A. COFFING, ESQ.
Nevada Bar No. 4949
3  CRAIG F. ROBINSON, ESQ.
Nevada Bar No. 10205
4  10001 Park Run Drive
Las Vegas, Nevada 89145
5  (702) 382-0711
tcoffing@marquisaurbach.com
6  crobinson@marquisaurbach.com
Attorneys for Plaintiff
7

RECEIVED

NOV - 2 2009

DIVISION OF INSURANCE
STATE OF NEVADA

8                      **DISTRICT COURT**

9                 **CLARK COUNTY, NEVADA**

10  S.J. CACIACOUPACHEI, an individual also
known as K.C. CACCIACOURACHEIRE,          Case No: A-09-602530-c
11
Dept. No.:                V1
12                          Plaintiff,

13

14      vs.

15  ALLSTATE INSURANCE CO., an insurance
company; ROE ENTITIES I through X,
16  inclusive; and DOES I through X, inclusive,

17
                           Defendants.
18

19                      **SUMMONS**

20      **NOTICE! YOU HAVE BEEN SUED. THE COURT MAY DECIDE AGAINST
YOU WITHOUT YOUR BEING HEARD UNLESS YOU RESPOND WITHIN 20 DAYS.**
21  **READ THE INFORMATION BELOW.**

22      **TO THE DEFENDANT:** A civil Complaint has been filed by the Plaintiff against you

23  for the relief set forth in the Complaint.

24                  **ALLSTATE INSURANCE CO.**

25      1.      If you intend to defend this lawsuit, within 20 days after this Summons is served

26  on you exclusive of the day of service, you must do the following:

27      2.      File with the Clerk of this Court, whose address is shown below, a formal written

28

Page 1 of 2

M&A:11279-001.912657_1.DOC 10/27/2009 12:03 PM

MARQUIS & AURBACH
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

1  response to the Complaint in accordance with the rules of the Court.

2      3.    Serve a copy of your response upon the attorney whose name and address is

3  shown below.

4      4.    Unless you respond, your default will be entered upon application of the Plaintiff

5  and this Court may enter a judgment against you for the relief demanded in the Complaint, which

6  could result in the taking of money or property or other relief requested in the Complaint.

7      5.    If you intend to seek the advice of an attorney in this matter, you should do so

8  promptly so that your response may be filed on time.

9                               CLERK OF COURT

10

11                               TONI AYALA

12                 By: _____  Date

                           DEPUTY CLERK

13                           County Courthouse

14                           200 Lewis Avenue

                         Las Vegas, Nevada 89101

15  Issued at the direction of:

16  MARQUIS & AURBACH

17

18  By _____

19      Terry A. Coffing, Esq.
    Nevada Bar No. 4949

20      Craig F. Robinson, Esq.
    Nevada Bar No. 10205

21      10001 Park Run Drive
    Las Vegas, Nevada 89145

22

23

24

25

26

27

28

MARQUIS & AURBACH
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

Page 2 of 2

M&A:11279-001 912657_1.DOC 10/27/2009 12:03 PM

**PROOF OF SERVICE**

I hereby declare that on this day I served a copy of the Summons and Complaint upon

defendant **ALLSTATE INSURANCE COMPANY** in the within entitled matter, by mailing a

copy thereof, properly addressed with postage prepaid, certified mail, return receipt requested, to

the following:

> **C/O CORPORATION TRUST CO. OF NEV.**
> **SUITE 500**
> **6100 NEIL ROAD**
> **RENO, NV  89511**

I declare, under penalty of perjury, that the foregoing is true and correct.

**DATED** this 4th day of November, 2009.


MARILYN BRASFIELD
Employee of the State of Nevada
Department of Business and Industry
Division of Insurance

Court: Eighth Judicial District Court, Clark County, Nevada
Case Name:  S.J. Caciacoupachei v. Allstate Ins. Co.
Case No. A602530
Certified Receipt No. 7008 1830 0003 5449 4327

11:04.09  m.2     13

-1-