```
JAMES P. C. SILVESTRI, ESQ.
Nevada Bar Number 3603
BRIAN W. GOLDMAN, ESQ.
Nevada Bar Number 6317
PYATT SILVESTRI & HANLON
701 Bridger Ave., Suite 600
Las Vegas, Nevada 89101
(702) 383-6000

Attorneys for Defendants
```

## UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF NEVADA

| | |
|---|---|
| S.J. CACIACOUPACHEI, an individual also known as K.C. CACCIACOURACHEIRE,<br><br>Plaintiff,<br><br>vs.<br><br>ALLSTATE INSURANCE CO., an insurance company; ROE ENTITIES I through X, inclusive,<br><br>Defendants. | CASE NO.: 2-09-cv-02282<br><br>ORDER GRANTING STIPULATION FOR DISMISSAL WITH PREJUDICE |

### STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE

IT IS HEREBY stipulated and agreed, by and between the parties hereto, through their respective counsel of record, that the above-referenced matter shall be dismissed with prejudice, each party to bear its own fees and costs.

DATED this 7th day of June, 2011.                    DATED this 7th day of June, 2011.

MARQUIS ARBUCH COFFING                               PYATT SILVESTRI & HANLON

/s/ Brian Blankenship                                /s/ Brian Goldman
BRIAN BLANKENSHIP, ESQ.                              BRIAN W. GOLDMAN, ESQ.
10001 Park Run Drive                                 701 Bridger Ave., Suite 600
Las Vegas, NV 89145                                  Las Vegas, NV 89101
Attorneys for Plaintiff                              Attorneys for Defendant

## ORDER FOR DISMISSAL WITH PREJUDICE

Pursuant to the foregoing Stipulation, it is hereby ORDERED, ADJUDGED AND DECREED that the above-referenced matter be, and the same hereby is, dismissed with prejudice, each party to bear its own fees and costs.

DATED 9th day of June, 2011.



UNITED STATES DISTRICT COURT JUDGE